(41 South. 444.)

No. 16,029.

## CITY OF SHREVEPORT v. MARKS et al.

(June 4, 1906.)

PETITORY ACTION—DEFENSES.

Proof of an outstanding title better than plaintiff's, is a good defense to a petitory action.

[Ed. Note.—For cases in point, see vol. 41, Cent. Dig. Real Actions, § 23.]

(Syllabus by the Court.)

Appeal from First Judicial District Court, Parish of Caddo; Thomas Fletcher Bell, Judge.

Action by the city of Shreveport against Cade Marks and others. Judgment for defendants, and plaintiff appeals. Affirmed.

Ruffin Golson Pleasant, City Atty. (Milton C. Elstner, of counsel), for appellant. William Pike Hall, Edgar Williamson Sutherlin, and Albert H. Leonard (D. T. Land and Wise, Randolph & Rendall, of counsel), for appellees.

PROVOSTY, J. This is a petitory action, and the land in controversy is the same as that involved in the suit of Railroad Lands Company v. City of Shreveport (this day decided) 41 South. 443.[1] In that suit it was held that the city of Shreveport had no title, whereas the Railroad Lands Company had a title which had been repeatedly recognized and was apparently good. Defendants rely upon their possession, and also plead this outstanding title in a third person against plaintiff's demand. The latter defense is good. The suit is petitory, and a petitory action is defeated by the proof of an outstanding title better than plaintiff's.

Judgment affirmed.

LAND, J., Recused.